UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 10-32155 |
|---|---|
| Michelle D Walker | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100310**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 1 | JP MORGAN CHASE BANK NA<br>3415 VISION DRIVE<br>ATT DEPT OH4-7126<br>COLUMBUS, OH  43219 | 36.70 |
| 4/ 66 | JP MORGAN CHASE BANK NA<br>3415 VISION DRIVE<br>ATT DEPT OH4-7126<br>COLUMBUS, OH  43219 | 1,075.33 |
| 4/ 70 | JP MORGAN CHASE BANK NA<br>3415 VISION DRIVE<br>ATT DEPT OH4-7126<br>COLUMBUS, OH  43219 | 595.63 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/26/2011

Certificate of Service 10-32155

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| Michelle D Walker<br>6057 Charlesgate Road<br>Huber Heights, OH 45424 | HAROLD W WAMPLER I I I<br>1343 WOODMAN DR<br>STE B<br>DAYTON, OH 45432 | (71.1n)<br>CHASE RECORDS CENTER<br>ATTN: CORRESPONDENCE MAIL<br>MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE, LA 71203 |
| (67.1n)<br>DENNIS A LIEBERMAN<br>ATTN EMERSON R KECK<br>15 WEST FOURTH STREET STE 100<br>DAYTON, OH 45402 | (65.1n)<br>ERIN A JOCHIM<br>LERNER, SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH 45201 | (1.1)<br>JP MORGAN CHASE BANK NA<br>3415 VISION DRIVE<br>ATT DEPT OH4-7126<br>COLUMBUS, OH 43219 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner___      sv